# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUIS P. COCHICO | § | Case No. 15-13402 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,422.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  15,772.16        Claims Discharged
                                                    Without Payment:  0.00

Total Expenses of Administration:  8,802.21

---

3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 425.63  (see **Exhibit 2**), yielded net receipts of $ 24,574.37  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,416.81 | 8,802.21 | 8,802.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,062.00 | 1,062.00 | 1,062.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 14,674.07 | 14,674.07 | 14,710.16 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 25,152.88 | $ 24,538.28 | $ 24,574.37 |

4) This case was originally filed under chapter 7 on 04/15/2015 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/29/2016            By:/s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE SETTLEMENT | 1229-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LUIS P. COCHICO | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 425.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 425.63** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 3,207.44 | 3,207.44 | 3,207.44 |
| BARRY A. CHATZ | 2200-000 | NA | 87.62 | 87.62 | 87.62 |
| Adams-Levine | 2300-000 | NA | 22.98 | 22.98 | 22.98 |
| Union Bank | 2600-000 | NA | 28.77 | 28.77 | 28.77 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 5,245.00 | 4,630.40 | 4,630.40 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 825.00 | 825.00 | 825.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,416.81 | $ 8,802.21 | $ 8,802.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPT. OF REVENUE | 5800-000 | NA | 509.00 | 509.00 | 509.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNITED STATES TREASURY | 5800-000 | NA | 553.00 | 553.00 | 553.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,062.00 | $ 1,062.00 | $ 1,062.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PYOD LLC AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 14,674.07 | 14,674.07 | 14,674.07 |
| | PYOD LLC AS ASSIGNEE OF CITIBANK | 7990-000 | NA | NA | NA | 36.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 14,674.07 | $ 14,674.07 | $ 14,710.16 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-13402 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LUIS P. COCHICO | | | | Date Filed (f) or Converted (c): | 04/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/02/2015 |
| For Period Ending: | 11/29/2016 | | | | Claims Bar Date: | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, savings or other financial accounts - Bank of Amer | 2.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts - US Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings - personal laptop | 20.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel - shirts, jeans, dress shoes, gym shoes | 100.00 | 0.00 | | 0.00 | FA |
| 5. Furs and jewelry - watch, wedding band | 200.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles, trucks, trailers, vehicles - 2000 Toyota Celica | 1,600.00 | 0.00 | | 0.00 | FA |
| 7. PREFERENCE SETTLEMENT (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,422.00   $25,000.00         $25,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #      7   --   Receipt of funds from debtor's wife to resolve all creditor claims and issues relating to disclosure and discharge

Initial Projected Date of Final Report (TFR): 06/30/2016      Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-13402 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUIS P. COCHICO | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0763 |
| | Checking |
| Taxpayer ID No: XX-XXX6281 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/29/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | 7 | SALLY G. COCHICO<br>6863 CHURCH STREET<br>MORTON GROVE, IL  60053-2336 | SETTLEMENT CHARGES | | 1229-000 | $25,000.00 | | $25,000.00 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $28.77 | $24,971.23 |
| 12/03/15 | 400001 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH  45999-0148 | 2015 Form 1041 | | 5800-000 | | $553.00 | $24,418.23 |
| 12/03/15 | 400002 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL  62794-9053 | Illinois Form IL-1041-V | | 5800-000 | | $509.00 | $23,909.23 |
| 02/17/16 | 400003 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium | | 2300-000 | | $22.98 | $23,886.25 |
| 05/26/16 | 400004 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | | $3,295.06 | $20,591.19 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($3,207.44) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($87.62) | 2200-000 | | | |
| 05/26/16 | 400005 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60604 | Final distribution representing a payment of 100.00 % per court order. | | 3210-000 | | $4,630.40 | $15,960.79 |
| 05/26/16 | 400006 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2124 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 | | $825.00 | $15,135.79 |
| 05/26/16 | 400007 | PYOD LLC AS ASSIGNEE OF CITIBANK<br><br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602- | Final distribution representing a payment of 100.00 % per court order. | | | | $14,710.16 | $425.63 |
| | | | Page Subtotals: | | | $25,000.00 | $24,574.37 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-13402 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUIS P. COCHICO | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0763 |
| | Checking |
| Taxpayer ID No: XX-XXX6281 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/29/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($36.09) | 7990-000 | | | |
| | | PYOD LLC AS ASSIGNEE OF CITIBANK | Final distribution representing a payment of 100.00 % per court order. ($14,674.07) | 7100-000 | | | |
| 05/26/16 | 400008 | LUIS P. COCHICO<br>6863 CHURCH ST<br>MORTON GROVE, IL  60053 | Distribution of surplus funds to debtor. | 8200-002 | | $425.63 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $25,000.00 |
| Less: Payments to Debtors | $0.00 | $425.63 |
| Net | $25,000.00 | $24,574.37 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals:  $0.00  $425.63

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0763 - Checking | $25,000.00 | $24,574.37 | $0.00 |
|  | $25,000.00 | $24,574.37 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:   $0.00   $0.00